Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in the U.S. DISTRICT COURT at Seattle, Washington.

June 1st, 2022
Ravi Subramanian, Clerk
By_____ Deputy

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>RAJINDER PAL SINGH, aka JASPAL GILL<br><br>Defendant. | NO. CR22-079 JCC<br><br>INDICTMENT |

The Grand Jury charges that:

## COUNT 1

**(Conspiracy to Transport and Harbor Certain Aliens for Profit)**

Beginning at a time unknown, and continuing until May 24, 2022, in Whatcom, King, and Thurston Counties, within the Western District of Washington, and elsewhere, RAJINDER PAL SINGH, and others known and unknown, did knowingly and intentionally conspire to transport and move certain aliens, who had come to, entered and remained in the United States in violation of law, within the United States by means of transportation and otherwise, in furtherance of such violation of law, and to conceal, harbor and shield from detection by immigration authorities such aliens, with the intent to violate the law, for the purpose of commercial advantage or private financial gain.

Indictment - 1
United States v. Singh
USAO No. 2018R00962

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

All in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), (iii), and (v)(I), and 1324(a)(1)(B)(i).

## FORFEITURE ALLEGATION

The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture. Upon conviction of the offense alleged in Count 1, RAJINDER PAL SINGH shall forfeit to the United States, pursuant to Title 8, United States Code, Section 1324(b)(1), by way of Title 28, United States Code, Section 2461(c), and Title 18, United States Code, Section 982(a)(6)(A), all property used to commit, or to facilitate commission of the offense, and any proceeds of the offense.

//
//
//

Indictment - 2
*United States v. Singh*
USAO No. 2018R00962

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**Substitute Assets.** If any of the above-described forfeitable property, as a result of any act or omission of the defendants,

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek the forfeiture of any other property of the defendant, up to the value of the above-described forfeitable property, pursuant to Title 21, United States Code, Section 853(p).

A TRUE BILL:

DATED: 01 JUNE 2022

*Signature of Foreperson redacted pursuant to the policy of the Judicial Conference of the United States.*

_____
FOREPERSON

_____
NICHOLAS W. BROWN
United States Attorney

_____
THOMAS WOODS
Assistant United States Attorney

_____
JOSEPH C. SILVIO
Assistant United States Attorney

Indictment - 3
United States v. Singh
USAO No. 2018R00962

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970