THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR22-0079-JCC |
| Plaintiff, | ORDER |
| v. | |
| RAJINDER SINGH, aka JASPAL GILL, | |
| Defendant. | |

The following minute order is made at the direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's motion for withdrawal and substitution of counsel (Dkt. No. 16). Defense counsel asserts that the Government does not oppose the motion. Having reviewed Defendant's motion and finding good cause, the Court hereby GRANTS the motion. Effective immediately, Sarah Brin and the Federal Public Defender's Office will be deemed to have withdrawn and Christopher Black of Black & Askerov, PLLC, shall be substituted as counsel of record for Defendant Rajinder Singh.

DATED this 13th day of June 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

ORDER
CR22-0079-JCC
PAGE - 1