THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAJINDER SINGH, aka JASPAL GILL,<br><br>Defendant. | CASE NO. CR22-0079-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court upon Defendant's unopposed motion to extend the pretrial motions deadline by two weeks (Dkt. No. 20). The Court, having considered the facts set forth in the motion, and the records herein, finds good cause and GRANTS the motion. The pretrial motions deadline is extended by two weeks, from June 30, 2022 to July 14, 2022.

DATED this 1st day of July 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

ORDER
CR22-0079-JCC
PAGE - 1