THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RAJINDER SINGH, aka JASPAL GILL,<br><br>Defendant. | CASE NO. CR22-0079-JCC<br><br>ORDER |

This matter comes before the Court on Defendant Jaspal Gill's unopposed motion to continue trial (Dkt. No. 22). Having thoroughly considered the relevant record, the Court GRANTS the motion for the reasons described below.

Defendant was indicted for Conspiracy to Transport and Harbor Certain Aliens for Profit. (Dkt. No. 11 at 1.) He was arrested in May 2022 and trial is currently set for August 1, 2022. (Dkt. Nos. 15, 22.) Defendant moves to continue the trial. (Dkt. No. 22 at 2.) In support, defense counsel cites, among other things, the additional time counsel needs to review voluminous discovery and the possibility of additional discovery. (*Id.* at 2.)

Accordingly, the Court FINDS the following:

1. Taking into account the exercise of due diligence, a continuance is necessary to allow the defense the reasonable time necessary for effective preparation, to review discovery,

consider possible defenses, and gather evidence material to the defense. 18 U.S.C. § 3161(h)(7)(B)(iv).

2. Proceeding to trial absent adequate time for the defense to prepare, taking into account the exercise of due diligence, would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

3. Therefore, the ends of justice served by granting this continuance outweigh the best interests of the public and Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

It is thus ORDERED that trial shall be continued from August 1, 2022, to March 13, 2023. It is further ORDERED that the time between the date of this order and the new trial date is excludable time under 18 U.S.C. § 3161(h)(7)(A) and (h)(7)(B)(iv). Any pretrial motions shall be filed no later than January 30, 2023.

DATED this 20th day of July 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE